THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ONUFRY BIGUNOFF, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 24, 1925; decided November 25, 1924.)

APPEAL from a judgment of the Supreme Court,
rendered July 7, 1924, at a Trial Term for the county
of Monroe upon a verdict convicting the defendant of
the crime of murder in the first degree.

*F. F. Zimmerman* for appellant.

*William F. Love*, District Attorney (*Ray F. Fowler* of
counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.